UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JENNIFER KYLIE WILLIS, | ) NO. 3:15-CR-48.10 |
| | ) JUDGE REEVES |
| *Defendant.* | ) |
| | ) |
| | ) |

**MEMORANDUM OPINION AND ORDER**

On March 3, 2017, Jennifer Willis was sentenced to time served, followed by three years of supervised release, for her conviction on one count of conspiracy to distribute and possess with intent to distribute oxycodone [D. 450].

On February 20, 2019, Ms. Willis filed a *pro se* motion for early termination of supervised release [D. 545]. In support of her motion, Ms. Willis mentions the fact that she has been clean and sober for four years, has stable employment, and is looking to buy a house [*Id.*].

The probation officer, Loretta Smith, speaks favorably of Ms. Willis. She has confirmed that Ms. Willis has a fulltime job as an assembler, has passed all her drug screens, and not incurred any new convictions or technical violations while on supervised release. Ms. Willis currently lives with family in Maryville, Tennessee.

A court may terminate a term of supervised release at any time after the expiration of one year of supervision if, after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After care-

1

fully considering the requirements of the statute, the Court finds that early termination of supervised release is appropriate in this case. Accordingly, Ms. Willis's motion is **GRANTED**, and her term of supervised release is **TERMINATED**.

The Court is glad to hear that Ms. Willis is doing well, and wishes her success in her future endeavors.

**IT IS SO ORDERED.**

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**